IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02988-WJM-SKC

JENESSA M. GRISSON,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC
and NATIONAL CREDIT ADJUSTERS,
LLC,

    Defendants.

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JENESSA M. GRISSON, and the Defendants, HALSTED FINANCIAL SERVICES, LLC and NATIONAL CREDIT ADJUSTERS, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against HALSTED FINANCIAL SERVICES, LLC and NATIONAL CREDIT ADJUSTERS, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 24, 2021                      Respectfully Submitted,

**JENESSA M. GRISSON**                 **HALSTED FINANCIAL SERVICES, LLC and NATIONAL CREDIT ADJUSTERS, LLC**

*/s/ Nathan C. Volheim*                     */s/ Joseph J. Lico* (*with consent*)
**Nathan C. Volheim**                          **Joseph J. Lico**
*Counsel for Plaintiff*                           *Counsel for Defendants*
Sulaiman Law Group, LTD               Patricia Jo Stone, P.C.

1

2500 S. Highland Avenue, Suite 200  19751 E. Mainstreet, Suite 200
Lombard, Illinois 60148  Parker, Colorado 80138
Phone: (630) 575-8181  Phone: (303) 805-7080
Fax: (630) 575-8188  Fax: (303) 805-0051
nvolheim@sulaimanlaw.com  joseph@patriciastone.com

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim